**COURTROOM DEPUTY MINUTES**  DATE: 11-15-2006
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: 3:40-3:48 pm

- ☒ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql

CASE NO.: 1:06mj122-DRB    DEFT. NAME: Chad WALLACE

USA: ~~Clark Morris~~ Snyder    ATTY: ~~Leslie Smith~~ Petersen

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO  ( ) Stand In ONLY

USPTSO/USPO: Wood

Defendant ____ does  ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES   NAME: _____

---

| | | |
|---|---|---|
| ☒kars. | Date of Arrest 11-14-06 or ☐ karsr40 | |
| ☒kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| ☒kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel  ☒ ORAL MOTION for Appointment of Counsel | |
| ☒kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☒koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☒ | Government's WRITTEN Motion for Detention Hrg. filed. | |
| ☒kdmhrg. | Detention Hearing ☐ held; ☒ set for 11-20-06 at 3:30pm | |
| ☐kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered | |
| ☐kodtn. | ORDER OF DETENTION PENDING TRIAL entered | |
| ☐kocondrls. | Release order entered. Deft. advised of conditions of release | |
| ☐kbnd. | ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR) | |
| | ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered | |
| ☒kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody | |
| ☒ | Preliminary Hearing ☒ Set for 11-20-06 at 3:30pm | |
| ☐ko. | Deft. ORDERED REMOVED to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ☐karr. | ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered. | |
| | ☐Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | Waiver of Speedy Trial Act Rights Executed | |